IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FERNANDO PINA-RODRIGUEZ;
2.  CARLOS RODRIGUEZ-CORONEL; and
3.  **URIEL D. VELASCO-GONZALEZ, a/k/a Uriel D. Velasco-Barragan**,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

    This matter is before the Court *sua sponte*.  It appears there are no outstanding motions and nothing has been filed with the Court either by the government or by defense counsel regarding Defendant Uriel D. Velasco-Gonzalez since July 8, 2006. Therefore, the Court hereby ORDERS that a status conference is set for **Monday, February 26, 2007 at 12:00 p.m.** to determine the status of this case as to Defendant Velasco-Gonzalez.  Government and defense counsel, as well as defendant, will be present in person at this conference.  It is

    IT IS FURTHER ORDERED that government and defense counsel shall file their respective positions in writing with the Court by February 16, 2007.

    DATED:  January 25, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge