IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00438-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  FERNANDO PINA-RODRIGUEZ;
2.  CARLOS RODRIGUEZ-CORONEL; and
**3.  URIEL D. VELASCO-GONZALEZ, a/k/a Uriel D. Velasco-Barragan**,

     Defendants.

---

## ORDER RESCHEDULING STATUS CONFERENCE

---

     The Joint Motion Filed Under Seal to Reschedule Status Conference (Dkt. # 152), filed by the government and defense counsel on behalf of Defendant Uriel D. Velasco-Gonzalez is GRANTED.  The Court hereby ORDERS that the status conference currently set for February 26, 2007 is RESCHEDULED to **Thursday, April 26, 2007 at 9:00 a.m.**  Government and defense counsel, as well as defendant, will be present in person at this conference.  It is

     IT IS FURTHER ORDERED that government and defense counsel shall file their respective positions in writing with the Court by April 16, 2007.

     DATED:  February 20, 2007

                    BY THE COURT:

                    *s/ Phillip S. Figa*

                    _____
                    Phillip S. Figa
                    United States District Judge